# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

JEFFREY MARRERO ALMONTE, et al.
                    Plaintiff(s)

vs.                                         Case Number: 4:25-cv-00294-MTS

BH SECURITY LLC d/b/a BRINKS HOME
                    Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

    Defendant BH SECURITY LLC d/b/a BRINKS HOME

| | |
|---|---|
| September 11, 2025 | /s/ Amy D. White |
| Date | Signature |
| Type of Appointment: ☐ Retained  ☐ CJA | Amy D. White |
| | Print Name |
| ☐ FPD  ☐ Pro Bono  ☐ Pro Se | Phillips Murrah P.C. |
| | Firm Name |
| | 424 NW 10th Street, Suite 300 |
| | Mailing Address |
| 19255 | Oklahoma City,     OK     73103 |
| Oklahoma State Bar Number (If Applicable) | City     State     Zip Code |
| adwhite@phillipsmurrah.com | (405) 235-4100     (405) 235-4133 |
| e-mail address | Phone Number     Fax Number |

## Certificate of Service

I hereby certify that on  09/11/2025        (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Anthony Paronich
Matthew Alison

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service            ☐ In Person Delivery

☐ Courier Service                ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Amy D. White
Signature