## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JEFFREY MARRERO ALMONTE, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 4:25-cv-00294-MTS |
| BH SECURITY LLC d/b/a BRINKS HOME, | ) ) | |
| *Defendant*. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID A. WALTON

Defendant, BH Security LLC d/b/a Brinks Home ("Brinks"), by and through its undersigned attorney, Amy D. White, of the firm Phillips Murrah P.C. of Oklahoma City, Oklahoma, pursuant to Northern District Local CV Rule 83.2(g), moves the Court to admit David A. Walton of the law firm of Bell Nunally & Martin LLP to practice *Pro Hac Vice* for the duration of this case.  In support of this Motion, Brinks states as follows:

1.      Amy D. White, of Phillips Murrah P.C., 424 NW 10th Street, Suite 300, Oklahoma City, Oklahoma 73103, is counsel in Oklahoma for Brinks in the above-captioned matter and will continue to represent Brinks in conjunction with David A. Walton.

2.      Amy D. White is a resident of the State of Oklahoma, is duly admitted to practice in all Oklahoma courts, and is a member in good standing of the U.S. District Court for the Northern District of Oklahoma, where she routinely practices.

3.      David A. Walton is a member in good standing of the State Bar of Texas; U.S. Court of Appeals for Fifth Circuit; U.S. Northern, Southern, Western, and Eastern Districts of Texas; further his license has never been suspended or revoked.

4.      David A. Walton's address, telephone number, and email address is:

David A. Walton
**BELL NUNNALLY & MARTIN LLP**
2323 Ross Avenue, Suite 1900
Dallas, TX  75201
Telephone: (214) 740-1400
dwalton@bellnunnally.com

5.      David A. Walton does not reside in the Northern District of Oklahoma, is not regularly employed in this district, and is not regularly engaged in the practice of law in this district.

6.      As required by LCvR 83.2(g), attached to this Motion as Exhibit "1" is the Request for Admission *Pro Hac Vice* form completed and signed by David A. Walton.

WHEREFORE, premises considered, Defendant BH Security LLC d/b/a Brinks Home respectfully requests that this Court allow David A. Walton to appear *Pro Hac Vice* on its behalf throughout the duration of this case.

Respectfully submitted,

*/s/ Amy D. White*
G. Calvin Sharpe, OBA #11702
Amy D. White, OBA #19255
**PHILLIPS MURRAH P.C.**
424 NW 10th Street, Suite 300
Oklahoma City, Oklahoma  73103
Telephone: 405-235-4100
Facsimile:  405-235-4133
gcsharpe@phillipsmurrah.com
adwhite@phillipsmurrah.com
***Counsel for Defendant***
***BH Security LLC d/b/a Brinks Home***

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anthony Paronich
anthony@paronichlaw.com
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA  02043

Matthew Alison, OBA 32723
matthew@iaelaw.com
**INDIAN AND ENVIRONMENTAL LAW GROUP, PLLC**
233 S. Detroit, STE 200
Tulsa, OK  74120

*Counsel for Plaintiff Jeffrey Marrero Almonte*

*/s/ Amy D. White*