# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Jeffrey Marrero Almonte,

        Plaintiff(s)

vs.                                          Case Number: 4:25-cv-00294-MTS

BH Security LLC dba Brinks

        Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: David Alan Walton

2. State bar membership number: Texas 24042120

3. Business address, telephone and fax numbers:
   2323 Ross Avenue, Suite 1900, Dallas, TX 75201
   Tel.: (214) 740-1440 / Fax: (214) 740-5745

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State Bar of Texas; U.S. Court of Appeals for Fifth Circuit; U.S. Northern, Southern, Western, and Eastern Districts of Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

*Signature:* /s/ David A. Walton

| David A. Walton | 24042120 |
|---|---|
| Printed Name | Bar Number |

Bell Nunnally & Martin LLP
Firm Name

2323 Ross Avenue, Suite 1900
Address

| Dallas | TX | 75201 |
|---|---|---|
| City | State | ZIP |

| 214-740-1400 | 214-740-5745 |
|---|---|
| Phone | Fax |

dwalton@bellnunnally.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on __September 15, 2025__ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ David A. Walton
Signature