# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Jeffrey Marrero Almonte,
                  Plaintiff(s)

vs.                                  Case Number: 4:25-cv-00294-MTS

BH Security LLC d/b/a Brinks Home,
                  Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Defendant, BH Security LLC d/b/a Brinks Home

---

September 24, 2025
Date

Type of Appointment: ☑ Retained   ☐ CJA

☐ FPD   ☐ Pro Bono   ☐ Pro Se

Oklahoma State Bar Number (If Applicable)

dwalton@bellnunnally.com
e-mail address

*(signed)* David A. Walton
Signature

David A. Walton
Print Name

Bell Nunnally
Firm Name

2323 Ross Avenue, Suite 1900
Mailing Address

Dallas        TX    75201
City         State  Zip Code

(214) 740-1400    (214) 740-5745
Phone Number    Fax Number

## Certificate of Service

I hereby certify that on  09/24/2025   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Anthony Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

Matthew Alison, OBA 32723
matthew@iaelaw.com
INDIAN AND ENVIRONMENTAL LAW GROUP, PLLC
233 S. Detroit, STE 200, Tulsa, OK 74120

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_____
Signature