IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY MARRERO ALMONTE, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>BH SECURITY, LLC<br><br>   Defendant. | Case No.: 25-cv-00294-MTS |

## PLAINTIFF'S UNOPPOSED MOTION TO RESET SCHEDULING CONFERENCE

COMES NOW Plaintiff and respectfully moves the Court to reset or otherwise continue the Scheduling Conference which is currently set for October 16, 2025 at 1:30 pm.

By minute order on October 3, 2025, the Court set a Scheduling Conference in this matter for October 16, 2025. Counsel for Plaintiff has prior arrangements to be out of state for the week and is not reasonably able to attend the Conference on the currently-set date.

As an accommodation for Counsel's schedule, Plaintiff requests the Court reset the Scheduling Conference to the following week or at such other time the Court has available.

Counsel for Plaintiff has conferred with opposing counsel regarding this request and Defendant is unopposed to the requested relief.

WHEREFORE, Plaintiff respectfully requests that the Court continue the October 16, 2025 Scheduling Conference until the week of October 20, 2025 or later.

Respectfully submitted this 7th day of October, 2025,

                                                */s/ Matthew D. Alison*
                                                Matthew Alison, OBA 32723

Indian and Environmental Law Group, PLLC
233 S. Detroit, STE 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2025, I electronically submitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing for all registered participants.

*/s/ Matthew D. Alison*
