# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

JEFFREY MARRERO ALMONTE, et al.
               Plaintiff(s)

vs.                                                          Case Number: 4:25-cv-00294-MTS

BH SECURITY LLC d/b/a BRINKS HOME
               Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:
    Defendant BH SECURITY LLC d/b/a BRINKS HOME

| | |
|---|---|
| October 21, 2025 | /s/ Phoebe M. Barber |
| Date | Signature |
| Type of Appointment: ☐ Retained  ☐ CJA | Phoebe M. Barber |
| | Print Name |
| ☐ FPD  ☐ Pro Bono  ☐ Pro Se | Phillips Murrah P.C. |
| | Firm Name |
| | 424 N.W. 10th Street, Suite 300 |
| | Mailing Address |
| 33978 | Oklahoma City      OK   73103 |
| Oklahoma State Bar Number (If Applicable) | City      State   Zip Code |
| pmbarber@phillipsmurrah.com | (405) 235-4100      (405) 235-4133 |
| e-mail address | Phone Number      Fax Number |

## Certificate of Service

I hereby certify that on  10/21/2025          (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Anthony Paronich
David A. Walton
Matthew D. Alison
Matthew K. Hansen

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Phoebe M. Barber
Signature