# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

Almonte,

Plaintiff,

vs.

BH Security, LLC,

Defendant.

Case No.: 25-cv-00294-MTS

Proceeding: Scheduling Conference
Date: 10/23/2025
Time: 10:01 a.m. – 10:20 a.m.

**MINUTE SHEET**

Mark T. Steele, U.S. Magistrate Judge    L. Tiefenthaler, Deputy Clerk    Courtroom 5

Counsel for Plaintiff: Matthew D. Alison

Counsel for Defendant: David A. Walton, Phoebe Mitchell Barber

Minutes: Case called for Scheduling Conference. Discussion held regarding deadlines and status of case. Scheduling Order will be entered.

Court Time 10:00 a.m.