IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

JEFFREY MARRERO ALMONTE, individually and on behalf of a class of all persons and entities similarly situated,

         Plaintiff(s),

v.               Case No.: 25-cv-00294-MTS

BH SECURITY, LLC, d/b/a Brinks Home,

         Defendant(s).

## SCHEDULING ORDER FOR CLASS CERTIFICATION ISSUES

The deadlines set forth below shall control until a ruling on class certification. Following a decision on the certification issue, the Court will enter a scheduling order to control the remainder of the litigation.

1. 11/07/2025   INITIAL DISCLOSURES Under Federal Procedure 26(a)(1) (Not Filed of Record)
2. 1/16/2026   MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO THE PLEADINGS
3. 5/22/2026   CLASS CERTIFICATION DISCOVERY CUTOFF
4. 6/22/2026   PLAINTIFF'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record)[1]
5. 6/22/2026   PLAINTIFF'S CLASS CERTIFICATION MOTION AND BREIFING
6. 7/22/2026   DEFENDANT'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record)[1]
7. 7/22/2026   DEFENDANT'S RESPONSE TO CLASS CERTIFICATION
8. 8/6/2026   PLAINTIFF'S REPLY IN SUPPORT OF CLASS CERTIFICATION
9. 8/20/2026   CLASS CERTIFICATION HEARING AT 10:00 A.M.

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court.

This Order is entered this 23rd day of October, 2025.

_____
Mark T. Steele, Magistrate Judge
United States District Court

---

[1] No additional expert reports on class certification issues, rebuttal or otherwise, without order of the Court.