UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY MARRERO ALMONTE,<br>                                                Plaintiff,<br>vs.<br><br>BH SECURITY, LLC, D/B/A BRINKS HOME,<br>                                                Defendant. | Case No.: 25-cv-00294-MTS |

**JOINT DISCOVERY STATUS REPORT**

When ordered by the Court, the parties shall file a Joint Discovery Status Report every thirty (30) days after the filing of the Scheduling Order. The report shall contain the following information:

1. **The date each party issued written discovery;**

    The Plaintiff served discovery on September 23, 2025.

2. **The date each party responded to written discovery;**

    The Defendant responses to the Plaintiff's first served discovery on November 13, 2025.

3. **The amount of document discovery each party provided;**

    The Defendant provided to the Plaintiff's first set discovery with responses to the requests for production and interrogatories and documents DEF__00001-DEF__154.

4. **The names and dates of witnesses who have been deposed;**

    There are no witnesses that have yet been deposed.

5. **The names of all witnesses that remain to be deposed prior to the discovery cutoff;**

    The Plaintiff will be deposing Joanathan Faber, employee of defendant. Furthermore, the Plaintiff will depose Zerin Louis Marglin, a third party employed by the Defendant.

6. **A list of any subpoenas issued by each party and the number of documents obtained as a result of the subpoenas; and**

    The Plaintiff issued a subpoena to ZLM Security LLC, a third-party vendor identified by the Defendant.

7. **Any discovery issues that should be brought to the Court's attention at this time.**

    None at this time.

Respectfully submitted this 1st day of December, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich (*Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (508) 221-1510
anthony@paronichlaw.com

Matthew D. Alison (OBA 32723)
Indian and Environmental Law Group, PLLC
233 S. Detroit, Suite 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com

    ***Attorneys for Plaintiff Jeffrey Marrero Almonte***

*/s/ David A. Walton*
David A. Walton (*Pro Hac Vice*)
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
Tel. (214) 740-1400
dwalton@bellnunnally.com

G. Calvin Sharpe (OBA 11702)
Amy D. White (OBA 19255)

Phillips Murrah P.C.
424 NW 10th Street, Suite 300
Oklahoma City, OK 73103
Tel. (405) 235-4100
gcsharpe@phillipsmurrah.com
adwhite@phillipsmurrah.com

    ***Attorneys for Defendant***
    ***BH Security LLC d/b/a Brinks Home***