UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY MARRERO ALMONTE,<br>                             Plaintiff,<br>vs.<br><br>BH SECURITY, LLC, D/B/A BRINKS HOME,<br>                             Defendant. | Case No.: 25-cv-00294-MTS |

### JOINT DISCOVERY STATUS REPORT

When ordered by the Court, the parties shall file a Joint Discovery Status Report every thirty (30) days after the filing of the Scheduling Order. The report shall contain the following information:

1. **The date each party issued written discovery;**

   The Plaintiff served discovery on September 23, 2025.

2. **The date each party responded to written discovery;**

   The Defendant responses to the Plaintiff's first served discovery on November 13, 2025.

3. **The amount of document discovery each party provided;**

   The Defendant provided to the Plaintiff's first set discovery with responses to the requests for production and interrogatories and documents DEF__00001-DEF__154.

4. **The names and dates of witnesses who have been deposed;**

   There are no witnesses that have yet been deposed.

5. **The names of all witnesses that remain to be deposed prior to the discovery cutoff;**

   The Plaintiff will be deposing Joanathan Faber, employee of defendant. Furthermore, the Plaintiff will depose Zerin Louis Marglin, a third party employed by the Defendant.

6. **A list of any subpoenas issued by each party and the number of documents obtained as a result of the subpoenas; and**

   The Plaintiff issued a subpoena to ZLM Security LLC, a third-party vendor identified by the Defendant.

7. **Any discovery issues that should be brought to the Court's attention at this time.**

   None at this time, but the parties intend to complete their meet and confer on the Defendant's responses by January 9, 2026 and will determine if any judicial intervention is required.

Respectfully submitted this 9th day of January, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich (*Pro Hac Vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (508) 221-1510
anthony@paronichlaw.com

Matthew D. Alison (OBA 32723)
Indian and Environmental Law Group, PLLC
233 S. Detroit, Suite 200
Tulsa, OK 74120
Tel: (918) 347-6169
matthew@iaelaw.com

*Attorneys for Plaintiff Jeffrey Marrero Almonte*

*/s/ David A. Walton*
David A. Walton (*Pro Hac Vice*)
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201
Tel. (214) 740-1400
dwalton@bellnunnally.com

G. Calvin Sharpe (OBA 11702)
Amy D. White (OBA 19255)
Phillips Murrah P.C.
424 NW 10th Street, Suite 300

Oklahoma City, OK 73103
Tel. (405) 235-4100
gcsharpe@phillipsmurrah.com
adwhite@phillipsmurrah.com

*Attorneys for Defendant*
*BH Security LLC d/b/a Brinks Home*