IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFREY MARRERO ALMONTE, individually and on behalf of a class of all persons and entities similarly situated,<br>          Plaintiff(s),<br>vs.<br>BH SECURITY, LLC d/b/a Brinks Home,<br>          Defendant(s). | Case No.: 25-cv-00294-MTS |

**JOINT NOTICE OF SETTLEMENT**

  Plaintiff Jeffrey Marrero Almonte (Almonte) and Defendant BH Security LLC d/b/a Brinks Home (Brinks) have settled all claims and matters of fact and things in controversy in this action. The parties anticipate it will take no more than 30 days to finalize the settlement and submit a stipulation of voluntary dismissal with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; therefore, Almonte and Brinks respectfully request that all proceedings and pending deadlines be terminated or temporarily abated until such dismissal is filed.

  Dated: February 17, 2026.

Respectfully submitted,

By: */s/ Anthony Paronich*　　　　　　　　　　By: */s/ David A. Walton (by permission)*
  Anthony Paronich　　　　　　　　　　　　　　David A. Walton
  Massachusetts Bar No. 678437　　　　　　　　Texas Bar No. 24042120
  anthony@paronichlaw.com　　　　　　　　　dwalton@bellnunnally.com
  Paronich Law, P.C.　　　　　　　　　　　　　Bell Nunnally & Martin LLP
  350 Lincoln Street, Suite 2400　　　　　　　　2323 Ross Avenue, Suite 1900
  Hingham, MA 02043　　　　　　　　　　　　Dallas, TX 75201
  Tel. (617) 485-0018　　　　　　　　　　　　　Tel. (214) 740-1400
  Fax (508-318-8100　　　　　　　　　　　　　Fax (214) 740-1499

  *Counsel for Plaintiff Jeffrey M. Almonte*　　　*Counsel for Defendant BH Security LLC d/b/a Brinks Home*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the *Joint Notice of Settlement* was served upon the following counsel of record on February 17, 2026.

>David A. Walton
>dwalton@bellnunnally.com
>Bell Nunnally & Martin LLP
>2323 Ross Avenue, Suite 1900
>Dallas, TX 75201

                                                    By: */s/ Anthony Paronich*
                                                           Anthony Paronich