IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JEFFREY MARRERO ALMONTE,** individually and on behalf of a class of all persons and entities similarly situated,<br><br>      **Plaintiff,**<br><br>v.<br><br>**BH SECURITY, LLC d/b/a Brinks Home,**<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 25-CV-294-MTS<br>)<br>)<br>)<br>)<br>) |

## ADMINISTRATIVE CLOSING ORDER

This case comes before the Court upon the Joint Notice of Settlement (Docket No. 44), wherein the parties have advised that this matter has settled. Based upon the representations of counsel and for good cause shown, the Court finds that this matter should be administratively closed.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41-1, this matter is **ADMINISTRATIVELY CLOSED** pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all pending scheduling order deadlines for class certification issues, including the August 20, 2026 class certification hearing, are hereby **STRICKEN**. The parties shall file a fully-executed joint stipulation of dismissal no later than March 20, 2026.

**DATED** this 18th day of February, 2026.

_____
MARK T. STEELE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT