**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

JEFFREY MARRERO ALMONTE, individually and
on behalf of a class of all persons and entities
similarly situated,

                                                    Plaintiff(s),

vs.                                                                                Case No.: 25-cv-00294-MTS

BH SECURITY, LLC d/b/a Brinks Home,

                                                    Defendant(s).

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Marrero Almonte (Almonte) and Defendant BH Security LLC d/b/a Brinks Home (Brinks) hereby submit this stipulation of voluntary dismissal with prejudice as to all claims and matters of fact and things in controversy in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Almonte and Brinks will each bear their own fees and costs in this action.

Dated: March 27, 2026.

Respectfully submitted,


By: */s/ Anthony Paronich*
    Anthony Paronich
    Massachusetts Bar No. 678437
    anthony@paronichlaw.com
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Tel. (617) 485-0018
    Fax (508-318-8100

    *Counsel for Plaintiff Jeffrey M. Almonte*

By: */s/ David A. Walton (by permission)*
    David A. Walton
    Texas Bar No. 24042120
    dwalton@bellnunnally.com
    Bell Nunnally & Martin LLP
    2323 Ross Avenue, Suite 1900
    Dallas, TX 75201
    Tel. (214) 740-1400
    Fax (214) 740-1499

    *Counsel for Defendant BH Security LLC*
    *d/b/a Brinks Home*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the *Stipulation of Voluntary Dismissal with Prejudice* was served upon the following counsel of record on March 27, 2026.

David A. Walton
dwalton@bellnunnally.com
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

By: */s/ Anthony Paronich*
    Anthony Paronich